**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| LEE PURNHAGEN, PARENT AND GUARDIAN, ON BEHALF OF MASON PURNHAGEN | ) ) ) | |
| | ) | Case No. 5:25-cv-00083 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HARRISONBURG CITY SCHOOL BOARD, | ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff Lee Purnhagen and Defendant Harrisonburg City School Board (collectively, the "Parties"), by counsel, submit the following Joint Status Report.

The Parties report that the administrative record has been filed and is before the Court. The Parties further note that Defendant's Motion to Dismiss, which the Court converted to a motion for judgment on the administrative record, remains pending.

The Parties continue to agree that the administrative record is sufficient for resolution of the legal issues raised in the Complaint and that no merits discovery is anticipated. Discovery concerning the reasonableness or amount of any attorneys' fees and costs will occur only if the Court determines that Plaintiff is a prevailing party under the IDEA. Should such discovery become necessary, the Parties anticipate that it will be narrowly tailored and will not require an extended discovery period.

Dated: April 21, 2026                    Respectfully Submitted,

*/s/ Parker Bowman*
Parker Bowman, VSB No. 100389
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
parker@binnall.com


*/s/ Keith Altman*
Keith Altman, Esq., *pro hac vice*
THE LAW OFFICE OF KEITH ALTMAN
30474 Fox Club Drive
Farmington Hills, MI 48331
(248) 987-8929
keithaltman@kaltmanlaw.com

*Attorneys for Plaintiff*

*/s/ Elaine D. McCafferty  (with permission)*
Elaine D. McCafferty, VSB No. 92395
WOODS ROGERS VANDEVENTER BLACK PLC
120 Garrett St., Suite 304
Charlottesville, VA 22902
Telephone No. (434) 220-6833
Facsimile No. (540) 983-7711
Elaine.mccafferty@woodsrogers.com

*Attorney for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of record.

/s/ Parker Bowman
Parker Bowman, VSB No. 100389